**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-02405-REB

WILLIAM R. WARREN,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Reversing Disability Decision and Remanding to Commissioner** [#18] entered by Judge Robert E. Blackburn on March 21, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; it is

FURTHER ORDERED that this matter is remanded to the ALJ, who is directed to:

- Reevaluate her opinions at steps four and five of the sequential evaluation in accordance with this order, in particular, stating plaintiff's mental residual functional capacity in terms of specific, work-related functions which account for the moderate limitations found to be supported by the record, and ensuring further that any hypothetical propounded to a vocational expert includes such specific, work-related limitations;

- Reevaluate the medical opinions of record, making specific findings

> regarding the weight assigned to each such opinion and the reasons therefor;

- Recontact any medical or other source, seek the testimony of medical or vocational experts, order further consultative examinations, or otherwise further develop the record as she deems necessary; and

- Reassess the disability determination; and it is

FURTHER ORDERED that plaintiff is awarded his costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 22nd day of March, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
    Kathleen Finney
    Deputy Clerk